■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT K. HABER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for an order to compel the County Clerk of Clinton County to furnish appellant with certified copies of papers relating to an order entered June 26, 1959, denied, without prejudice to a renewal of the application in the County Court, Clinton County.

■ In the Matter of the Claim of ANNETTE MAISEL, on Behalf of Herself and Minor Children, Respondent, v. MILTON BERLE et al., Appellants, and SAGEBRUSH ENTERPRISES, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied, without costs.

■ HENRY T. NEELY, as Administrator of the Estate of PHILIP A. NEELY, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for leave to file as the original record on appeal herein a typewritten carbon copy with stipulation of settlement and order of settlement granted, upon consent.

■ HERMAN J. STERN et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 33227–33232.)— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. There is question whether the arguments presented upon the appeal herein and upon this motion were fully presented upon claimants' motion in the Court of Claims to vacate the order of dismissal and our decision does not preclude a motion in the Court of Claims for reargument thereof.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS A. KAMISAROFF, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for an order directing the Clinton County Clerk to furnish photostatic copies of papers denied, without costs.

■ SUNNYBROOK REALTY CO. INC., Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 32844.) — Motion to amend the order of this court, entered on the 3d day of August, 1960 denied, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWTON GAVIN, SR., Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for an extension of time within which to perfect appeal granted, and time is extended for 90 days. Motion for assignment of counsel granted and Joseph Avis, Esq., 233 Wall Street, Kingston, N. Y., is hereby assigned as counsel for appellant.

■ In the Matter of the Claim of JOSHUA S. SHORR, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for leave to withdraw appeal granted, on condition that the appellant pay to the claimant-respondent costs and disbursements accrued to the time of the making of the motion in this court.

■ In the Matter of the Claim of JOSEPHINE SCAFURI, Appellant, v. ADORABLE DANCE FROCKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal for lack of prosecution denied, without costs, and without prejudice.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. MULLIGAN, Appellant.— Application for permission to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.